IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIBERTO RODRIGUEZ, et al.,

    Plaintiffs,

v.

CITY OF PHILADELPHIA, et al.,

    Defendants.

CIVIL ACTION
NO. 14-4435

## ORDER

**AND NOW**, this 31st day of October 2017, upon consideration of TriMark's Amended Third Party Complaint (Doc. No. 75), Tesor and Pilock's Motion to Dismiss the Amended Third Party Complaint (Doc. No. 126), TriMark's Response in Opposition (Doc. Nos. 132-36.), Tesor and Pilock's Reply (Doc. No. 140), the arguments made by counsel for the parties during the hearing on the Motion on July 13, 2017 (Doc. No. 27), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendants Tesor and Pilock's Motion to Dismiss for lack of personal jurisdiction (Doc. No. 126) is **GRANTED**. It is further **ORDERED** that Tesor Plus Corporation and Pilock Corporation are **DISMISSED** as Third Party Defendants in this case.

                        BY THE COURT:

                        /s/ Joel H. Slomsky, J.
                        JOEL H. SLOMSKY, J.