IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIBERTO RODRIGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PHILADELPHIA, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 14-4435 |

## ORDER

**AND NOW**, this 15th day of July 2020, upon consideration of the Settlement Agreement (Doc. No. 183-6) filed of record under seal, which Agreement has been executed by Plaintiffs and certain Defendants and has been approved by the Court (Doc. No. 185), and the representations of counsel for all parties in the above-captioned case made during the telephone conference held on July 14, 2020 agreeing that Defendants who are not parties to the Settlement Agreement can be dismissed from this case, it is **ORDERED** that this case is **DISMISSED** as to the remaining Defendants who are not named as parties to the Settlement Agreement. The Clerk of Court shall close this case.

BY THE COURT:

/s/Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.